**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Filed 9-19-19
Clerk, U. S. District Court
Western District of Texas
By _____

| IN THE MATTER OF THE | § | |
|---|---|---|
| RETIREMENT OF SENIOR UNITED | § | EP-19-MC-000268-FM |
| STATES PROBATION OFFICER | § | |
| MANUEL RESENDEZ, JR. | § | |

## ORDER RECOGNIZING DISTINGUISHED FEDERAL PUBLIC SERVICE CAREER

Be it remembered that on September 15, 2019, Senior United States Probation Officer Manuel Resendez, Jr. retired after a distinguished career in the United States Probation Office for the Western District of Texas.

Manuel Resendez, Jr. is a 1983 graduate of Bel Air High School, in El Paso. He graduated from the University of Texas at Austin in 1988 with a Bachelor of Social Work degree. From 1988 to 1999, he worked in various positions in community supervision for local and state agencies to include: an at risk youth counselor for Communities in Schools, a Parole Officer with the Travis County Office of Juvenile Probation, a Community Service Officer with the Travis County Adult Probation, a Senior Parole Officer, a Supervisory Parole Officer, and a State Administrator for the Substance Abuse Felony Punishment Facility (SAFP) for the Texas Department of Criminal Justice. In 1999, he returned to El Paso as a United States Probation Officer. He was promoted in 2014 to Senior United States Probation Officer. He retired on September 15, 2019 after twenty years of service with the United States Probation Office for the Western District of Texas.

On August 29, 2019, the undersigned acknowledged his upcoming retirement during court proceedings and addressed a gathering of family, friends, and colleagues at a luncheon celebrating his career.

The court finds that such a distinguished career warrants recognition in the official record of the United States District Court for the Western District of Texas.

The Clerk of Court is **INSTRUCTED** to make this Order part of the permanent record of the court.

**SIGNED IN EL PASO, TEXAS** this **19th** day of **September, 2019**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**